UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEEMIC INSURANCE CO.,

                    Plaintiff,                    Case No. 2:23-cv-11679

v.                                        Hon. Susan K. DeClercq

SHENZHEN LIANCHENG WEIYE
INDUSTRIAL CO.,

                    Defendant.

_____/

**ORDER DENYING PLAINTIFF'S MOTIONS TO AMEND JUDGMENT
AND FILE AMENDED COMPLAINT (ECF Nos. 21; 23; 25; 26)**

I.

Plaintiff Meemic Insurance Company filed this product-liability action on July 13, 2023, as subrogee to its insured Brenda Grant, after it paid Grant's claim for damages arising out of a house file allegedly caused by a defective rechargeable battery. ECF No. 1. The suit named Shenzhen Liancheng Weiye Industrial Co. Ltd., a Chinese company, as the defendant based on Meemic's belief that it was the company that manufactured the battery causing the fire. *Id.* Plaintiff took all requisite steps to obtain service of process upon Shenzhen Liancheng under the Hague Service Convention. ECF No. 7, PageID.88. However, Shenzhen Liancheng failed to appear or respond in any way. Accordingly, a clerk's entry of default was entered on January

8, 2025, ECF No. 14, and a default judgment was entered on January 23, 2025, ECF No. 17.

However, when Meemic attempted to collect on the judgment through garnishment of an Amazon.com account, it learned that entity associated with the email of the seller of the battery was named "shenzhenshizhixinchengjinshupeijianyouxiangongsi," not Shenzhen Liancheng. ECF No. 21. Meemic, thereafter moved for leave to amend its complaint to name shenzhenshizhixinchengjinshupeijianyouxiangongsi as the defendant, and to serve the defendant through email. *Id*. However, given that a judgment had already been entered and the case was closed, Meemic subsequently filed a motion to amend the default judgment to reflect "the new name of the Defendant as provided by Amazon.com." ECF No. 23. However, this Court noted that Meemic did not provide any information supporting its claim that the Amazon.com seller is the same entity as Defendant Shenzhen Liancheng, other than an unsworn statement in the motion that Plaintiff "is certain that the entity identified in the original judgment is indeed the same entity it now wishes to have the name changed…." ECF No. 24, quoting ECF No. 23. Accordingly, this Court directed Meemic to provide additional information to support its assertion. ECF No. 24 at PageID.314.

In response, Meemic provided copies of some emails, but failed to provide any sworn statements or any other records linking Shenzhen Liancheng, to an entity

named shenzhenshizhixinchengjinshupeijianyouxiangongsi. ECF No. 25. Instead, on February 4, 2026, Meemic filed another motion for leave to file an amended complaint to name the Amazon.com account holder as the defendant. ECF No. 26.

Given that a judgment has already been issued and this case is closed, Meemic's request that it be allowed to amend its complaint to name a new defendant is inappropriate.  Indeed, Meemic provides no authority for such an amendment at this point. Moreover, Meemic has failed to provide sufficient information to establish that the Amazon.com account holder and Shenzhen Liancheng are the same entity so as to allow the Judgment to be amended. ECF No. 26 at PageID.327 ("Lacking any additional proofs in this respect. Plaintiff renews its original motion for leave to file an amended complaint.")

Instead, if Meemic truly believes that the Amazon.com seller is the entity that is liable for its damages, it should seek to set aside the judgment in this case, which was entered against Shenzhen Liancheng, and file a new complaint against shenzhenshizhixinchengjinshupeijianyouxiangongsi, serving that entity with a summons and complaint. Should Meemic desire to serve the new defendant in an alternate manner, it can seek leave from this Court. Accordingly, Meemic's motions will be denied.

//

II.

Therefore, **IT IS ORDERED** that Plaintiff's motions to amend complaint and

judgment, ECF Nos. 21; 23; 25; 26, are **DENIED**.

*/s/ Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: February 24, 2026